```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSHUA O. MAUSNER (Cal. Bar No. 260251)
Assistant United States Attorney
Chief, Violent and Organized Crime Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0619
     Facsimile: (213) 894-3713
     E-mail:    joshua.mausner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
7/9/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: bm   DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUL - 9 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm   DEPTUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **2:24-mj-04088-DUTY** |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING COMPLAINT, SUPPORTING AFFIDAVIT, AND RELATED DOCUMENTS; DECLARATION OF JOSHUA O. MAUSNER |
| v. | |
| SAMIR OUSMAN ALSHEIKH, | |
| Defendant. | **(UNDER SEAL)** |

The government applies ex parte for an order directing that the criminal complaint and accompanying affidavit and related documents (except the arrest warrant for the charged defendant) be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel.

//

//

This <u>ex parte</u> application is based on the attached memorandum of points and authorities, the declaration of Joshua O. Mausner, and the records and files in this case, including the criminal complaint and any attachments thereto.

Dated: July 9, 2024                    Respectfully submitted,

                                       E. MARTIN ESTRADA
                                       United States Attorney

                                       MACK E. JENKINS
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                           /s/
                                       JOSHUA O. MAUSNER
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**DECLARATION OF JOSHUA O. MAUSNER**

I, JOSHUA O. MAUSNER, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the investigation of <u>United States v. Samir Ousman Alsheikh</u>, the complaint in which is being filed with the Court on July 9, 2024.

2. Defendant charged in the above-captioned complaint has not been taken into custody on the charge contained in the complaint and has not been informed that he is being named as a defendant. The likelihood of apprehending defendant might be jeopardized if the complaint were made publicly available before the defendant is taken into custody on the complaint.

3. Additionally, this criminal investigation is ongoing and is neither public nor known to the subjects of the investigation. Disclosure of the complaint could cause the charged defendant and others to accelerate any existing or evolving plans to, and give them an opportunity to, destroy or tamper with evidence, tamper with or intimidate witnesses, change patterns of behavior, or notify confederates.

4. Lastly, there are witnesses and victims described in the affidavit that have provided information to law enforcement. Although their names have been withheld from the affidavit, their identities may be discernible to others based on the facts and circumstances of their statements. Public disclosure of these statements at this time could open the witnesses and victims to intimidation or retaliation from the subjects of the investigation or others.

5. Accordingly, the government requests that the complaint and accompanying documents in this case (except the arrest warrant) be sealed and remain so until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 9, 2024.

_____
JOSHUA O. MAUSNER

2