

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, v. Samir Ousman Alsheikh DEFENDANT(S). | CASE NUMBER 2:24-mj-04088-DUTY |
|---|---|
| | **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES 18 U.S.C. § 3006A(f)** |

On _July 12, 2024_ defendant _Samir Ousman Alsheikh_

☒ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints _Elena Rose Sadowsky_ as counsel for the defendant
☒ until further notice.
☐ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:
☐ A total sum of $ _____
  ☐ due not later than _____
  ☐ due in monthly payments of $ _____ beginning _____.
☐ Monthly payments of $ _____ to commence on _____
  and to continue until final disposition of this case.

☒ Other _To be determined by the District Judge when assigned._

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

July 12, 2024
Dated

United States ~~District Judge~~ / Magistrate Judge
Patricia Donahue

cc: *Clerk's Office, Fiscal Section*
    *CJA*
    *FPD*
    *PSA*