# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Samir Ousman Alsheikh | ) | Case No. 2:24-mj-04088-DUTY |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:  07/17/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

I have translated this Waiver of Preliminary Hearing to the defendant in the Arabic language.

Date:  07/17/2024

_____
*Signature of Interpreter*

Nabila Rizk

CR-110 (06/12)                                    Waiver of a Preliminary Hearing