E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JOSHUA O. MAUSNER (Cal. Bar No. 260251)
Assistant United States Attorney
Chief, Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0619
     Facsimile: (213) 894-3713
     E-mail:    joshua.mausner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 24-MJ-4088-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING POST-INDICTMENT ARRAIGNMENT DATE FOR DEFENDANT SAMIR OUSMAN ALSHEIKH |
| v. | |
| SAMIR OUSMAN ALSHEIKH, | **NEW PIA DATE:        08/16/2024** |
| Defendant. | |

Upon stipulation of the parties, the United States of America, by and through its counsel of record, Assistant United States Attorney Joshua O. Mausner, and defendant, SAMIR OUSMAN ALSHEIKH, both individually and by and through his counsel of record, Peter Hardin, and good cause appearing, IT IS ORDERED THAT Post-Indictment Arraignment in the above-entitled case is continued to August 16, 2024.

7/29/2024
—————————————————
DATE

—————————————————
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE